**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LATORIA MOORE, individually, and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>ICON AUTOMATION LLC aka BETTERWASE INSURANCE, a Florida Limited Liability Company<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:25-CV-969 EK<br>**Affidavit Of Attorney Omar Darwich Under the Penalty of Perjury** |

"My name is Omar Darwich and I am over the age of 18. I am competent to testify and therefore make this Affidavit. This Affidavit is based on my personal knowledge. I make this Affidavit under the penalty of perjury.

1. I am counsel for Plaintiff Latoria Moore.
2. I currently reside in El Paso, Texas.
3. I am scheduled to move to McKinney, Texas in the next few months.
4. While the closing date is only tentatively set-- it has been set for July 7, 2025.
5. Also, while the loan for the property is still being processed, I have no reason to believe I won't be approved, and even in such an event, I have to move for my wife's new employment in McKinney TX that begins on September 1, 2025.
6. According to Google Maps, the specific address I will be moving is approximately 35.5 miles away from the Courthouse via US-75S. Alternatively, the address is 36.8 miles away from the Courthouse via Taylor Burk Dr and US-75S. Lastly the address is 43.7 miles away from the Courthouse via Dallas North Tollway S. *See* Attached Map screenshot.

7. It is my intention to promptly find office space (or office from home in the interim) upon relocation.

Dated: May 7, 2025

/s/ Omar Darwich______
Omar Darwich

Best | 50 min | | 14 hr | 3h 56m | —

[redacted]

1100 Commerce St #1254, Earle Cabell Fe

Add destination

Leave now ▾ | Options

Send directions to samsung SM-S908U | Copy link

**via US-75 S** — 50 min
Fastest route, despite the usual traffic — 35.5 miles
Details

**via Taylor Burk Dr and US-75 S** — 51 min
Some traffic, as usual — 36.8 miles

**via Dallas North Tollway S** — 54 min
43.7 miles

Explore nearby 1100 Commerce St #1254

Restaurants | Hotels | Gas stations | Parking Lots | More

