**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LATORIA MOORE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ICON AUTOMATION LLC aka BETTERWASE INSURANCE, a Florida Limited Liability Company<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:25-CV-969 EK<br><br>**(Proposed) Order Granting Request for Leave to Proceed Without Local Counsel** |

On this day the Court considered Plaintiff's Request for Leave to Proceed Without Local Counsel or in the Alternative Request for Extension of Time to Comply with EXF No. 8. Having considered Plaintiff's Motion, the Court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed to proceed without local counsel.

Signed this ____ day of May 2025

_____________________________
Judge Ed Kinkeade
United States District Judge