**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LATORIA MOORE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ICON AUTOMATION LLC aka BETTERWASE INSURANCE, a Florida Limited Liability Company<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:25-CV-969 EK<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT** |

Plaintiff, Latoria Moore, ("Plaintiff") for herself and Defendant Icon Automation LLC aka Betterwase Insurance ("Defendant") (collectively "Parties") by and through their respective counsel, hereby jointly notify the Court that the Parties have reached a settlement resolving Plaintiff's individual claims in the above-captioned matter. To that end, the Parties have reached an agreement in principle, and anticipate finalizing settlement payment and filing a notice of voluntary dismissal in the next seventy (70) days, in support thereof state as follows:

1. On April 17, 2025, Plaintiff, Latoria Moore ("Plaintiff"), individually commenced a class action lawsuit against Defendant, Icon Automation LLC aka Betterwase Insurance ("Defendant").
2. On June 8, 2025, the Parties executed a Settlement and Release Agreement. Under the terms of this agreement, Defendant is to make settlement payments to Plaintiff over a period of time.
3. Upon Defendant's completion of the final payment, Plaintiff will file a stipulation of dismissal with prejudice as to Plaintiff's individual claims.
4. Parties agree that a stay is therefore appropriate to allow the Parties time to complete these obligations without the burden of ongoing litigation deadlines.
5. The Parties agree that a seventy (70) day stay provides sufficient time to conclude the settlement process and that vacating all pending deadlines will conserve party and judicial resources.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter an order: Staying this action for a period of seventy (70) days from the date of the Court's Order; and vacating all pending deadlines.

Filed: July 9, 2025

Respectfully submitted,

**THE DARWICH LAW FIRM, LLC**

By: /s/ Omar F. Darwich
Omar F. Darwich
Tx Bar No. 24124686
6090 Surety Dr, #415
El Paso, TX 79905
(915) 671-2221
omar@darwichlegal.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICIATE OF SERVICE**

The undersigned certifies that, on July 9, 2025, the foregoing document was filed on the Court's CM/ECF docket, which served same upon all counsel of record.

/s/ Omar F. Darwich